IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC SHAWN CRAFTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:20cv465-MHT |
| | ) | (WO) |
| LT. THOMPKINS, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking protection from officers he contends are abusing him.  This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 11) is adopted.

(2) The motion for preliminary injunction (doc. no. 4) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 19th day of October, 2020.

                                         /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**