IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ERIC SHAWN CRAFTON,            )<br>                               )<br>    Plaintiff,                 )<br>                               )<br>    v.                         )<br>                               )<br>LT. THOMPKINS, et al.,         )<br>                               )<br>    Defendants.                ) | CIVIL ACTION NO.<br>2:20cv465-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was pepper-sprayed, beaten, and discriminated against by the defendant correctional officers.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of July, 2021.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**